BRYAN SCHRODER
United States Attorney

JAMES KLUGMAN
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: james.klugman@usdoj.gov

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>FAUNUS MICHAEL DONEY,<br><br>Defendant. | ) No. 3:20-cr-00073-JMK-MMS<br>)<br>)  COUNT 1<br>)  WIRE FRAUD<br>)     Vio. of 18 U.S.C. § 1343<br>)<br>)<br>)<br>)<br>) |

INFORMATION

The United States Attorney charges that:

COUNT 1

Beginning about August, 2018 and continuing until at least about June, 2019, within

the District of Alaska and elsewhere, the defendant, FAUNUS MICHAEL DONEY,

devised and participated in a scheme and artifice to defraud Victim 1, Victim 2, and Victim

3 and to obtain money and property by means of materially false and fraudulent pretenses,

representations and promises, and for the purpose of executing such scheme and artifice

did transmit and cause to be transmitted writings, signs, signals, pictures, and sounds in interstate and foreign commerce by email, fax, and telephone wire communications.

All of which is in violation of 18 U.S.C. § 1343.

DATED August 3, 2020 at Anchorage, Alaska.

BRYAN SCHRODER
United States Attorney

/s James Klugman
JAMES KLUGMAN
Assistant United States Attorney
United States of America