## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | § § § | |
| *Plaintiff,* | § § | |
| **v.** | § § § | **NO. 3:20-cr-00073-JMK-MMS** |
| **FAUNUS MICHAEL DONEY,** | § § § | |
| *Defendant.* | § § § | |

## SENTENCING MEMORANDUM

Defendant Faunus Michael Doney, by and through his counsel of record, submits this memorandum to aid the Court with imposing a sentence in his case that is "sufficient, but not greater than necessary" to achieve the statutory sentencing purposes of 18 U.S.C. § 3553. Mr. Doney respectfully suggests that a variance below the guideline sentencing range is reasonable and appropriate in this case and therefore requests a sentence of probation be imposed as recommended in the Sentencing Recommendation section of the Presentence Investigation Report (PSIR).

### I. PROCEDURAL BACKGROUND

On September 22, 2020, having waived indictment, Faunus Doney pled guilty to the one count information charging him with violating 18 U.S.C. § 1343 and obtaining money from three victims through false pretenses. He was released on his own recognizance subject to supervision by pretrial services. A PSIR has been completed and provided to the Court and all parties, along with two addendums. Mr.

Doney is scheduled to appear virtually before this Court for sentencing on January 28, 2021 at 9:30 a.m.

## II. LEGAL STANDARD

Under *United States v Booker*, while this Court must consider the sentencing guidelines, those guidelines are "merely one sentencing factor among many, and the calculated guideline range must be considered in conjunction with the other section 3553(a) factors." 543 U.S. 220 (2005). The guidelines do not have "quasi-mandatory status." *United States v. Reinhart*, 442 F.3d 857, 864 (5th Cir. 2006).

Courts may choose to grant a variance in a sentence is based on application of the statutory factors contained in 18 U.S.C. § 3553(a), which requires a "sentence sufficient, but not greater than necessary" to meet certain goals. Those factors include consideration of "(1) the nature and circumstances of the offense and the history and characteristics of the defendant; (2) the need for the sentence imposed (A) to reflect the seriousness of the offense, to promote respect for the law, and to provide just punishment for the offense; (B) to afford adequate deterrence to criminal conduct; (C) to protect the public from further crimes of the defendant; (D) to provide the defendant with needed . . . medical care, or other correctional treatment in the most effective manner; (3) the kinds of sentences available; (4) the kinds of sentence and the sentencing range established . . . ; (5) any pertinent policy statement . . . ; (6) the need to avoid unwarranted sentence disparities among defendants with similar records who have been found guilty of similar conduct; and (7) the need to provide restitution to any victims of the offense." 18 U.S.C. § 3553(a).

### III.   THIS CASE WARRANTS A VARIANCE

A review of the § 3553(a) factors demonstrates that a variance to sentence Mr. Doney below the guideline range is appropriate.  As discussed below, four of the listed factors are relevant to this case and support a downward variance: 1) Mr. Doney's personal history and characteristics, 2) the nature and circumstances of the offense, 3) the need for the sentence imposed, and 4) the need for restitution. These factors show that the guideline range of 33-41 months is "greater than necessary" to achieve the goals of sentencing, including the goals of deterrence and punishment.  And the remaining § 3553 factors – types of sentences available, policy statements, and avoidance of sentencing disparities – do not change this conclusion.

#### 1.  History and Characteristics of Faunus Doney

Mr. Doney was raised in a good home with two parents and one sister, and he had an upbringing free from abuse and neglect. His family is quite religious, and unfortunately Faunus was shunned by them at age 22 after opening up to them about his homosexuality. Mr. Doney changed his name in part due to this reaction by his family. While he and his family have since renewed and repaired their relationship, and he currently enjoys a close and loving family, Mr. Doney did suffer emotionally as a young man due to the ostracism he initially felt from his parents.

Mr. Doney has been married twice; first to a Canadian citizen and currently to Jonathon Doney. The financial and emotional stress of this proceeding enhanced the strain on defendant's marriage, and he and Jonathon are currently in the process of a divorce.  In both of his marriages, financial stress and pressure played a large role

in creating or enhancing marital problems, and Mr. Doney felt pressure to provide for his spouses. He also has medical and tax debt. Mr. Doney has been diagnosed with PTSD from a serious car accident as well as depression and anxiety.

Until the present offense, Mr. Doney has never been arrested or accused, let alone convicted of, any crime. He does not use alcohol or any type of controlled substances. He did act properly with respect to the great majority of his clients and purchased the promised annuities for most of them. The fraud he committed against these three victims was a series of terrible choices made at one point in Mr. Doney's life and not indicative of the kind of person his family and friends know him to be.

Letters in support of Mr. Doney are being submitted to this Court in this case as Exhibit A to this memorandum. These letters attesting to Mr. Doney's character come not only from his family members and personal friends but also from his employers and an employee at Bean's Café, whose "primary mission is to feed Alaska's most vulnerable, treating them with dignity and respect." No matter the letter-writer's relationship with Mr. Doney, the phrases they use to describe his character paint a vivid picture of type of person he is:

- "He has proven time after time that we hired the right person."

- "Faunus's ability, enthusiasm, and commitment to our mission is unmatched and above par then many of our other employees."

- "He has dedicated many hours to volunteering within the community for our organization, outside of his regular duties, on his own schedule and of his own mind."

- "Faunus has always been a model employee and is truly sincere and has dedicated substantial amount of time and talents in training, improving, and bettering our teams and systems."

**DEFENDANT'S SENTENCING MEMORANDUM** 4

- "Through his kind heart and laser focused goals of making sure no one goes hungry within his community and throughout the region…all this time and commitment he has done on his own and on his own time."

- "I know that this has been an incident that has galvanized him to reevaluate his behavior and has lit a fire within him, to be the best possible person, employee, community member, and mentor within his own life and within our organization."

- "Uncle Faunus has taught me that no matter what you must tell the truth no matter how much trouble you could be in. He is a good man and I trust him with all my heart … I know that he has done a very bad thing that I do not approve of but I will stand by him and support him in any way I can." (From Wyatt Wold, age 8).

- "From the time he was four years old he always helped everyone he could."

- "He is our son we need him we love him very much and at this time he needs us."

- "Faunus has always been a person that strived to show kindness to the less fortunate be this an injured bird, an abandoned kitten, a homeless person, our handicapped cousin or even a lonely elder in the community."

- "Faunus has been a strong male role model in my son's life. As a single mother, whose baby's father walked away when I found out I was pregnant with his child, Faunus stood up and helped me see that it was going to be okay and that he would always be available for my son as a role model."

- "He also acts as the caregiver for my disabled mother and hearing-impaired father during the day, he then works the overnight shift at Bean's Café."

- "Faunus Doney is a person that would give another the shirt off his back and a hand up instead of a handout."

- "Faunus immediately took an interest in helping me become more successful at work, his leadership and kindness has made him an amazing individual whom I respect and see as a role model."

- "He reminds me, and frankly all of us that the events from the past do not define who we are. We define who we are, and where we go in the future."

- "Faunus saw something in me that I did not see in myself."

- "I feel that I can speak for most of the employees here; we are all in a better place within our lives and our jobs because of him…someone that has totally

committed to bettering all of us and providing skills to a group of guys that society has pretty much written off."

- "Faunus has spoken to me on several occasions and has confessed to me his remorse and expressed a recognition of shame for his actions."

- "We shared an outlook for a better community, and better life for our families and for those we serve."

- "I am a recovering prosecutor, even given my firm law-and-order belief, I do not believe incarceration would serve society or his victims."

- "I believe given the chance Faunus will right his wrong, pay back his financial obligations through restitution, and to redeem and reclaim his heretofore good character."

## 2. Nature and Circumstances of the Offense

Mr. Doney pled guilty to one count of wire fraud involving three victims and a total monetary loss of $377,473.14. He takes full responsibility for his actions in misusing his clients' money and completely acknowledges his offense; in all ways he has accepted responsibility for the elements of the crime to which he has pled guilty. This immediate acceptance of responsibility led to the three-level reduction recommended by the PSIR and to which the government does not object. Mr. Doney has been fully cooperative with the government and pretrial services and abided by all conditions of his release. Mr. Doney accepts full responsibility for the decisions he made that have not only resulted in the loss of substantial sums of money to the victims but also added stress and worry to his family members who rely on him for financial support and caretaking, including his parents, his sister, and her son.

## 3. Need for the Sentence Imposed

The guidelines recommendation of 33-41 months of incarceration is not necessary to punish Mr. Doney, to promote respect for the law, or to afford adequate

deterrence. Mr. Doney has no previous criminal history and has cooperated with the government and the orders of this Court in every way possible. Further, Mr. Doney timely accepted responsibility for the crime with which he was charged, fully understanding that pleading guilty would permanently brand him a convicted felon and reveal the actions of which he is extraordinarily ashamed to his family, husband, and community. Mr. Doney is certainly sufficiently deterred from further criminal, or even questionable, activity, and has lost the licenses which would have enabled him to act in any way as an agent or fiduciary or otherwise be entrusted with other peoples' bank accounts. Mr. Doney has instead returned to his prior career in the restaurant industry, and his employer is fully aware of this case and his upcoming sentencing and has expressed complete confidence in his continued employment at Bean's Café.

### 4. Need for Restitution

The gravamen of this case, of course, is the money taken from the three victims. Mr. Doney submits that restitution should be the focus of any sentence to be imposed so that the victims may be made whole. Mr. Doney has been continuously employed throughout this case and has already received two promotions at his job – the latest one to a supervisory position paying $50,000 per year – and has been saving as much money as possible to begin to make monetary payments toward the amount he owes. Additionally, Mr. Doney has prior experience as a cook and baker on the North Slope in Alaska, where he made an average of $97,800 per year. He plans to return to this work on the North Slope once the COVID-19 closures have lifted so that he may

increase the amount of money he is able to put toward restitution to the best of his ability. Any period of incarceration would take away this opportunity for at least a period of time and make it that much more difficult to make the victims whole.

## IV. CONCLUSION

Defendant respectfully asks this Court to evaluate his sentence not only in the confines of the PSR and court filings but in the context of his life as reflected herein and in the character reference letters being provided to the court. A prison sentence of 33-41 months, or of even one day, is simply greater than necessary and does not account for the fact that this crime is not indicative of the person Mr. Doney is. Moreover, any incarceration would prevent Mr. Doney from continuing to work as hard as he can to earn the money to fully repay the amounts that he took from the victims. For the foregoing reasons, Faunus Doney respectfully submits that a sentence below the guideline range is reasonable and appropriate in this case and requests this Court impose a sentence of five years' probation combined with an order of full restitution, as recommended by the probation officer.

Respectfully submitted,

*/s/ Nick Oberheiden*
**Nick Oberheiden**
N.Y. Reg No. 4619011
nick@federal-lawyer.com
**OBERHEIDEN P.C.**
5728 LBJ Freeway, Suite 250
Dallas, Texas 75240
Telephone: (310) 873-8140
Fax: (972) 559-3365
**Attorney for Faunus Michael Doney**

## CERTIFICATE OF SERVICE

I certify that I electronically filed the foregoing document with the clerk of court for the U.S. District Court, District of Alaska, using the electronic case filing system of the court on January 21, 2021. The electronic filing system sent a "Notice of Electronic Filing" to all counsel of record in this case.

*/s/ Nick Oberheiden*
Nick Oberheiden

# EXHIBIT A

The Honorable Judge Kindred,

I am writing this letter regarding Faunus Arden; to whom you will be meeting at the end of this month. I am the Director of Food Services for Bean's Café in Anchorage. Our primary mission is to feed Alaska's most vulnerable, treating them with dignity and respect while providing a pathway to self-sufficiency.  We believe in second chances; and from the very beginning, he was upfront about the potential of what could happen to him in the future. However, since I first hired him. He has proven time after time that we hired the best person.

Faunus's ability, enthusiasm, and commitment to our mission; is unmatched and above par then many of our other employees. In knowing him in such a short time; he has made his name known throughout our organization; and has been brought up in many conversations within our Board of Directors and Upper Levels of Management; as a future leader and potential new Director of Food Services.

Since becoming part of our team back in November, Faunus has proven to become one of the most valued and intricate parts of our ever-evolving Food Service.  Faunus helped lead a group of novice bakers into a well-oiled department. He helped to develop skills and teamwork within a group of men that may not otherwise would have been given an opportunity.  Faunus is instrumental with providing training, teamwork, and a creating a department that takes pride in our mission. In so much as he has dedicated many hours to volunteering within the community for our organization, outside of his regular duties, on his own schedule and of his own mind.

It has been my personal honor to watch Faunus as he continues to grow as a leader and mentor to our team.  I look forward to continuing to watch more growth under Faunus' leadership and guidance.  Without him, our mission would not be as successful as it is right now.

.

Thank you for your time,

Scott Lingle, CEC
Director of Food Services
Beans Cafe

beanscafe.org
907.433.8601
INFO@BEANSCAFE.ORG

1020 E. 4TH AVENUE
ANCHORAGE, ALASKA 99501
Tax ID# 00723526 AFC: 93858

Winner of the 2019 Better Business Bureau Torch Award for Ethics

**From:** Aaron Dollison
**Sent:** Sunday, January 17, 2021 9:37 PM
**To:** Faunus Arden <farden@beanscafe.org>
**Subject:** letter for Faunus

Your Honor,

I am writing this letter to speak on the behalf of Faunus Doney, who is due to appear before you in Court on January 28th.

I have been Faunus's Supervisor at Beans Cafe since November, and in that time, Faunus has always been a model employee and is truly sincere and has dedicated substantial amount of time and talents in training, improving, and bettering our teams and systems. His dedication to one-on-one skills development; and encouraging positive attitudes no matter the situation has led to a lot of our employees having better outlooks on their performance, duties, and life.

Because of his undying loyalty to the mission and values of our company, and due to him being a hardworking individual. He has quickly become a staple within in our organization; and throughout our community through creating and developing outreach programs, frequently volunteering for hours and hours outside of his "Normal" work schedule. Faunus has reached out to numerous rural towns and communities; and has established or currently working on establishing successful Food Box, Children's Lunch Box, and Pantry Pack programs.

Furthermore, through his continued efforts and commitment to our organization. He has brought multiple churches and other not for profits together including volunteer fire departments; and local 4H and other Youth Groups into the Beans Café "Army". Through his kind heart and laser focused goals of making sure no one goes hungry; within his community and throughout the region. All this time and commitment that I have mentioned above; he has done on his own and on his own time and outside his normal duties.

I understand that Faunus has behaved in an inexcusable way, and he has regretted what he has done; and has made it very clear that restitution is his primary objective to right the wrong that he has committed. However, I believe the Court will make a fair and balanced decision. It is my belief that Faunus has done and can continue to do a lot of good at Beans Cafe both in furthering our own mission and bettering the multiple communities that he has reached out to; and has already established amazing relationships with.

I am aware also, that he is the sole provider for his physically disabled mother, and his memory impaired father. Also, I am very aware that he assists in education, and caretaking efforts of his nephew; while his single mother works tirelessly in the medical field taking care of patients of all background; and especially during this unprecedented pandemic. As a Father; and as a caregiver of adult family members myself. The knowledge of knowing that someone is there to assist with all the life events of these individuals… No amount of money can equate to that

peace of mind. It takes a special person to take that on; and Faunus has shown it and is that person; professionally and personally.

I know that this has been an incident that has galvanized him to reevaluate his behavior and has lit a fire within him; to be the best possible person, employee, community member, and mentor within his own life and within our organization. I hope that does not come at the cost of his job, because he will be sorely missed; and our organization would suffer from him being gone.

Thank you for your time. Please feel free to contact me any time.

Sincerely,


*Aaron Dollison*

Executive Chef, Bean's Cafe

a. 1101 E. 3rd Ave. Anchorage, AK 99501

o. 907.276.9595 x1

w. [beanscafe.org](beanscafe.org)

Dear Judge,

My name is Robert Scott, I am a Baker at Beans Café in Anchorage. I am writing a letter to you in support of Faunus, who is my supervisor.

I just finished serving a 30-year sentence; and I was recently paroled and have been working at Beans ever since.

Faunus was hired in November, and immediately took an interest in helping me become more successful at work, his leadership and kindness has made him an amazing individual to whom I respect and see as a role model. I am not the only employee with a troubled background at Beans Café. Faunus treats all of us with love and genuine respect. He does not let us slack and holds high expectation for each of us. He does not fault us on our past; and he only encourages us to be the best that we can be and to set goals for our future.

He constantly reminds me to stay positive; and when I have thoughts that are not beneficial to me. Faunus encourages me to change my thought process and focus on our mission. He reminds me; and frankly all of us that the events from the past do not define who we are. We define who we are; and where we go in the future.

Faunus could have dismissed me; or treated me badly and with judgment. I would have been fine with that because that is what I am used to. However, he wanted to get to know me. Wanted to learn more about who I was and who I wanted to be. He wanted to know what interests I have here at work; and what goals I had to advance myself.

When I got hired at Beans Café, I was hired has a logistics person. Basically, a workhorse to move heavy things from one warehouse to another. However, Faunus saw something I did not see in myself. He took me aside and asked me "Have you ever thought of baking?" I did not have an answer for him. I worked in the kitchens in prison but that was the limitation I had.

Faunus took me aside and taught me some basic baking. He showed me; that I did have a skill for it and now after a few months. I am good at it. Not only did he show us recipes and how to make them; he also taught us the science behind it. I never knew there was so much "Magic" in baking. I am glad that Faunus came to work here. I feel that I can speak for most of the employees here; we are all in a better place within our lives and our jobs because of him.

When I heard that he was facing a potential prison sentence; it hurt me a lot. Someone that has totally committed to bettering all of us and providing skills to a group of guys that society has pretty much written off was too much to handle. I learned that I could write a letter to you and express who we see Faunus to be. He is a good guy your honor, and he admitted to me and others about his mistake. He is very sorry for what he did; and has told us over and over to "own up" to our mistakes. This is something that in prison is unheard of. Everyone wants to pass the blame to someone else; However, Faunus owned his mistake and is determined to make it right. I believe in him, and you should as well.

Please consider who Faunus really is, and like he tells us. do not let this crime define who he is in your eyes.

Respectfully,

Robert Scott
907.312.9975

January 13, 2021

Hello, my name is Wyatt Wold , I am 8 years old and Faunus Doney is my uncle. I know that he has done a very bad thing that I do not approve of but I will stand by him and support him in any way I can. I do not want him to go to prison because I love him so much and would walk to the end of Earth with him. Uncle Fanus has taught me that no matter what you must tell the truth no matter how much trouble you could be in. He is a good man and I trust him with all my heart.

My uncle has been very sad and he is sorry for what he did. I truly believe him when he says he is sorry for breaking the trust of the people he hurt and that he will pay back all the money that he owes.

I love my Uncle and I would like him to not go to prison so that he can stay home with us and he can keep working so that he can pay back all the money he owes.

Thank you,

Wyatt Wold

January 12, 2021

To whom it may concern,

Faunus Doney is not only my younger brother, but one of my best friends, an important male role model to my 8 year old son and caregiver to our ageing parents. Faunus has always been a person that strived to show kindness to the less fortunate be this an injured bird, an abandoned kitten, a homeless person, our handicaped cousin or even a lonely elder in the community; Faunus showed kindness and love to all. He has always been someone others looked up to and counted on in times of need. This includes his own family.

During his younger years, Faunus was known for volunteering at the local Senior Center, volunteering at the local county fair teaching the general public how to country line dance, in elementary school helping classmates with their assignments and tying their shoes. He was an active member in the local 4-H club, and as a teen and young adult helped with the Cascade AIDS project, as well as other charities.

Faunus has worked in many different fields, office work for Intel where he started out as a summer intern, as a Medic on offshore oil rigs, multiple restaurant settings, real estate, insurance agent , a chef in camps for the Alasakan oil fields, as an executive chef at an interior Alaska hotel and currently at Beans Cafe in Anchorage, Alaska. While working at Beans Cafe, he has been able to reach out to communities looking for residents in need and personally arranged for food boxes to be delivered to them in the Butte community area.

Faunus has been a person I confide in and trust with not only my life, but with the life and well being of my son. Faunus has been a strong male role model in my son's life. As a single mother, whoms baby's father walked away when I found out that I was pregnant with his child,  Faunus stood up and helped me see that it was going to be okay and promised he would always be available for my son as a role model. He has shown my son what it means to be a good man. He shows that no matter what a good man stands up for what is right, he leads by example sharing views in his Faith, and now he is showing that when you do something wrong, you must pay the consequences for those actions.

My son knows that his uncle is in trouble and Faunus has never denied that he broke the law, the trust of people and that he very possibly could end up going to prison. Faunus could have just brushed it under the rug, when it comes to my son, but he has made it a point to make it a learning opportunity and showing by example that no matter how much trouble you could be in, it is always best to tell the truth and do what needs to be done to make your wrong, right.

Myself, my son and my parents moved to Alaska at the request of Faunus in 2019. He wanted our family to again all live under the same roof, he wanted to be closer to my son and he wanted to help care for our aging parents. He opened his home to us and when we all were required to find a new home due to him losing his job after the investigation came to light he has continued to pay the rent for our current home as well as the utilities. He also acts as the caregiver for my disabled mother and hearing impaired father while I am at work during the day, he then works the overnight shift at Beans Cafe. He helps my son with

his school work and has even gone to my son's school with him for school programs and parent-teacher type meetings when I was unable to get time off from work.

Faunus drives my parents to their medical appointments and has acted as an advocate for my mother while she was gravely ill and was able to find a local specialist that was able to perform a life saving procedure on her as well as specialists for my father and his medical issues. Faunus helps my parents with forms for medical issues, medical insurance as well as disability forms and now due to COVID-19 with their telemedicine appointments when they are unable to be seen in person by the multiple specialists and medical providers.

Faunus is aware that he has done wrong and he has shown remorse for doing so. I strongly feel that sentencing him to prison would not benefit those who have been affected by his poor choice as it would prolong the time frame for repayment of the money he owes them. It would also not benefit society as he would then end up being a burden to taxpayers instead of being able to continue with stable employment which will allow him to repay his debts.

If Faunus was to go to prison this would also be detrimental to our family as we would not be able to afford to continue living in Alaska, this would result in us having to move back to Oregon, which would include an astronomical financial burden: I would have to quit my job in healthcare, therefore losing my health insurance coverage for both myself and my son, losing healthcare coverage for both of our parents and then the financial costs of the move itself (ie driving back to Oregon with our pets which would require travel health certificates exams, required testing for our pet birds due to Canada's travel requirements).

Prison time would be detrimental to my son as well, as it would be much like losing a parent figure. My son looks up to my brother much as a child would towards a Father. My son has already lost one parent, due to his own choice, but I ask that you think of this little boy as well while making your choice and the possibility of him losing one of the only male role models he has known.

Faunus Doney is a person that would give another the shirt off his back and a hand up instead of a hand out. He has shown immense remorse for his poor choice in committing this crime and has promised to repay the money that is owed. He has continued to have steady employment and has even returned to school, to further advance his job skills so that he can continue to better himself. He has turned this unfortunate event into a learning opportunity for my son and continues to strive to be the best male role model possible, all while having to learn to navigate life now as a felon and all the challenges that will bring for the rest of his life.

Thank you for your time and consideration in this matter,

*Kammie L. Wold*

Kammie Wold

(Chris) is my son. and has been from June 25th 1983 and will always be. he is 39 yrs old.

From the time he was 4 yrs old he always helped everyone he could. With his handycaped cousen in pre school tieing his shouse for him to writing his name. Chris was there when Jake needed him to be.

When Grandma needed help @ the Christmas bazar Cooking Chris was 10 yrs old and helped serve the people food and coffee every year till he was 14 years old. The people looked forward to him helping Out.

At the age of 7 Chris found on Senior Day at the fair the Seniors where looking for some thing to do in the shade. He totesed the coverd stage was not beeing used so he stood on the stage and taught the Seniors how to line Dance. after it was time for the Seniors to go home he walked them to there busses. and helped them onto the bus.

a few days after the fair the letters of thanks and love came to the Fair Grounds thanking him for the nice Job and care he showed to them. Chris Countinued to show

love for Seniors. He at the age of 15 he would help with meals on wheels in the kitchen at the North Plains Senior Center. Chris would Deliver meals in town and help clean up after cooking the meals. Chris would help Seniors to there Cars and walk them home if needed.

After he left for collage. he would come home for Christmas and help cook Christmas Dinner @ the Senior Center and hand out gifts to the Seniors.

Now that I am Disables Chris helps us with paper work. that myself and father. Do not understand he helps us with money for Bills. and Day to Day living Chris pays for our house We Rent Due to us on limited funds Chris Drives us to appointments and takes us on outings from time to time. We are a family and support each othe with helpi'n any way we can we are there for each other. The emotional support is big.

I was sick for 2 1/2 years seeing many Drs and no one could help me Chris kept telling me I will find a Dr for you Mom and he did he moved us up here and within 2 months in Alaska he

found a Dr and in 3 months
I had a surgery that saved
my life. Chris was there as
well as the rest of my family
We support each other.
My Daughter is a single parent
to my Grandson. Chris is there
for him as a good roll model
for Wyatt 8yrs old. Chris helps
him with home work and
many things in Siene and math
reading, Spelling and life,
How to love and respect
everyone.
We all know how much
trouble Chris is in. Chris knows
this as well more then anyone
and. I as his mom can see it
everyday in his eyes and how
much he is sorry and would never
hurt anyone ever again.
I know how much he means
to his family and that we need
him to be able to help us out
now that I am Disabled and that
his DaD and I do not understand
paper work and Dr appointments
he gos with us and talks
with us about the appointments
and helps with our meds
Wyatt understands what happend
is wrong and he sees Chris is

Scole but knows he loves him S

and needs him around Due to
Wyatt has seen his father 1 time
in his life Chris and Grandpa
are what he has Wyatt says
God gave me two people to
help me Grow up to be a good
man and a Mom and Grandma
as well We are a family and.
We have and will help each
other in this life as long as
We can. life is short and I
pray We can stay together to
the end God put us together
and I feel that. We need each
other more now then ever.
and I know we could not
make it without each other.
I know we need Chris's help
to make our/my last Days.
as good as they can be.
We do not live life in riches
But with Chris's help
We get to live life well and
the love he gives to us every day
and help to others shows
he cares for people.
Thank you for listening and
My God Bless you

Love & Respect
Maureen Weld

P.S. I know he will pay it back and in a timly

matter is he is given the chance
to do so. He is hard working and will
get everything done to his best.
He sets goals and meets them. Chris
will do the right thing and he has our
support. Because that is what
familys do and Chris knows this.
So if given a chance he will pay
everything back and in a timly
matter. Pleace give him the chance
to prove himself with helping take
care of us as well as paying this
off and becoming a proud man
that he could be. God Bless
you. for this chance to prove
he is a good man.

Margret Wold.

I HAVE KNOWEN FAWWUS HIS HOLE
LIFE BECAUSE HE IS MAY SON. WHO I
LOVE VERY MUCH AND RESPECT HE HAS HAD
GOOD FRINDS ALL OF HIS LIFE ALWAY
MADE GOOD SUDGEMENT CALLS WHEN
HE NEEDED TO ALWAYS DID GOOD IN SCHOOL
AND COLLAGE

I UNDERSTAND THAT HE IS IN TROUBLE
I AM ABLE TO OFFER HIM PRACTICAL
SUPPORT A PLACE TO LIVE WITH EMOTIONAL
SUPPORT HE HAS A FULL TIME JOB HE
HELPS US OUT BY FINDING THE BEST
DRS. FOR A BITTER LIFE FOR US AN EXAMPLE
OF A TIME MY WIFE HIS MOTHER WAS ILL
FOR SOMETIME WENT A SEE A DR. ANKRAGE
FOUND OUT SHE NEEDED A SPICAL
SURGEY THE DR. WANTED TO SEND HER
TO SEATTLE FOR THE SURGEY FAWNUS
FOUND A DR AT THE SAME HOSP.TEL
THAT WOULD DO THE SURGEY WITH IN
FIVE DAYS MY WIFE HIS MOTHER HAD THE
SURGEY SHE NEEDED

HE DOSE HELP US OUT MOUTH TO MOUTH
IF WE NEED HELP PAYING BILLS
WE KNOW HE REGRETS HIS ACTIONS AND
HIS GOAL IS TO PAY THE MONEY BACK
WE DO NOT SEE ANY BENEFIT TO
SOCIETY FROM SENDING FAWNUS TO
PRISON HE IS ARE SON WE NEED HIM
WE LOVE HIM VERY MUCH AND AT
THIS TIME HE NEEDS US

Mrchul my wrll

Law Offices of

# CURTIS W. MARTIN
### ATTORNEY AT LAW
263 S. Alaska St
Palmer, AK 99645

Telephone
(907) 746-9800

Facsimile
(907) 746-9802

January 21, 2021

Honorable Joshua M. Kindred
Judge, U.S. District Court for the District of Anchorage

      RE:    Letter on behalf of Faunus Doney

Judge Kindred,

My Name is Curt Martin, I am an attorney practicing in Palmer, Alaska. In addition to being a recovering State of Alaska prosecuting attorney working as an Assistant District Attorney, and Assistant Attorney General, former Staff counsel for GEICO, and now happily working for myself in Palmer, I write this letter as a character reference for Faunus Doney. I believe that Mr. Doney is set to appear before you at the end of this month for sentencing.

I can appreciate that you may be unfamiliar with Mr. Doney, however, I am compelled to speak on his behalf. I have known Faunus personally and professionally for a couple of years now. I've seen his struggles and his efforts to create a better Faunus, and better family. We (including Faunus) all realize that Faunus has made a huge mistake, a mistake that Faunus acknowledges, he has spoken to me on several occasions and has confessed to me his remorse and expressed a recognition of shame for his actions. I believe that he should be held to account for that, however, I do not believe his crime defines who he is as a person.

When I first met Faunus, he was a candidate running for local office. He appeared to be in earnest in his commitment to serve his community. As time continued, I learned more about Faunus. We lived in the same community and shared the same faith; however, that was unknown at our first meeting; and we also shared an outlook for a better community, and better life our families and for those we serve.

When our relationship changed from personal to professional many months later after meeting him. Faunus was involved in a serious motor vehicle accident where he was rear ended at a high rate of speed while he was stopped at an intersection in Wasilla. This motor vehicle accident landed him in the hospital many times, with serious medical conditions that he is still dealing with. Faunus fought to get back to work sooner than his doctors advised, he had obligations and responsibilities to meet. Faunus was always focused on the medical bills and making sure all the bills were paid. It was during this period that Faunus' spouse decided to file for divorce. Faunus' focus was getting well and paying the bills. His spouse added pressure by demanding to

receive a portion of Faunus' personal injury settlement, apparently without regard to Faunus's health and wellbeing.

It was also around this time that the FBI investigation was brought to my attention. I was shocked and disappointed to learn of Faunus' actions. Faunus has expressed his regret and that he will have to deal with the fact that he is a felon, many people will not care nor desire to know anything more than just that—this I know weighs heavy on Faunus. I have offered what peace I can to Faunus and offer my support for him as he acknowledges his culpability and now as he rebuilds his life in the future.

As stated above I am a recovering prosecutor, even given my firm law-and-order belief, I do not believe incarceration would serve society or his victims. The sentence to be imposed considering the nature of the crime, Faunus' character, his criminal history (or in this case, lack thereof) and the need for protecting the public, significantly tip the scale toward rehabilitation and not isolation and incarceration. I believe that the court appropriately can facilitate rehabilitation of Faunus with the principles of reformation while still protecting the public. With the objective of rehabilitation, society and the victims are in a better position to be made whole with Faunus NOT isolated and incarcerated. Further, there is no benefit to either the victim or society in the prevention of crime by incarcerating Faunus.

I believe given the chance Faunus will right his wrong, pay back his financial obligations through restitution, and to redeem and reclaim his heretofore good character. I believe Faunus will not disappoint you and will not abuse your trust and confidences.

Please do not hesitate to contact me should you require additional explanation or comments.

Sincerely,

Curtis W. Martin
Attorney at Law